# IN THE SUPREME COURT OF THE STATE OF NEVADA

FLAMINGO RIDGE HOMEOWNERS
ASSOCIATION,
Appellant,
vs.
ELSINORE III, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Respondent.

No. 75540

**FILED**

OCT 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of settlement, the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Ronald J. Israel, District Judge
Janet Trost, Settlement Judge
Robbins Law Firm
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk

18-40738